UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIRECTV, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:04-cv-0171-DFH-WTL |
| ) | |
| ROBERT APPLEGATE, ) | |
| ) | |
| Defendant. ) | |

ORDER

No party has objected to the report and recommendation of Magistrate Judge Lawrence, and the court now adopts his recommendation. The court denies the motion to set aside the default judgment entered on April 10, 2006, and directs the clerk to send copies of this order, and the Final Judgment, and Magistrate Judge Lawrence's report and recommendation to Robert Applegate, 23669 Fall Road, Cicero, Indiana  46034.

So ordered.

Date:  September 1, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Michael Wilkins
Ice Miller LLP
wilkins@icemiller.com

Robert Applegate
23669 Fall Road
Cicero, Indiana  46034